# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**BRITTANY POLLARD, Individually,**
**and on Behalf of the ESTATE of**
**SAMUEL POLLARD, Jr., and on Behalf**
**of ALL WRONGFUL DEATH BENEFICIARIES**
**of CHLOE LEIGH POLLARD, DECEASED**                                    **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO.: 3:20-cv-791-CWR-FKB**

**JACKSON HMA, LLC a/k/a**
**MERIT HEALTH CENTRAL d/b/a CENTRAL**
**MISSISSIPPI MEDICAL CENTER, and**
**JOHN DOES 1-10**                                                        **DEFENDANTS**

---

## NOTICE OF SERVICE OF PLAINTIFF'S RULE 26
## DESIGNATION OF EXPERT WITNESSES

---

TO:     ALL COUNSEL OF RECORD

PURSUANT TO RULE 26 of the Federal Rules of Civil Procedure, notice is hereby given that on the date entered below, Plaintiff served the following:

**1. PLAINTIFF'S RULE 26 DESIGNATION OF EXPERT WITNESSES**

This, the 8th day of July, 2022.

                                                  Respectfully submitted,

                                                  **BRITTANY POLLARD, Individually,**
                                                  **and on Behalf of the ESTATE of**
                                                  **SAMUEL POLLARD, Jr., and on Behalf**
                                                  **of ALL WRONGFUL DEATH BENEFICIARIES**
                                                  **of CHLOE LEIGH POLLARD, DECEASED,**
                                                  **PLAINTIFF**

                                                  BY: */s/ A. Bryan Smith, III*
                                                       A. BRYAN SMITH III

A. Bryan Smith, III, MB No. 100008
Heber S. Simmons III, MB No. 8523
Jessica L. Dilmore, MB No. 105266
SIMMONS SMITH MERCIER & HARRIS
240 Trace Colony Park Drive, Suite 200
Ridgeland, MS 39157
Telephone: 601-914-2882
Facsimile: 601-914-2887

## CERTIFICATE OF SERVICE

I, A. Bryan Smith, III, do hereby certify that I have this day forwarded the foregoing pleading via electronic filing with the Clerk of Court using the ECF system, which sends notification to all counsel of record using the ECF system.

THIS, the 8th day of July, 2022.

/s/ A. Bryan Smith, III
A. BRYAN SMITH, III, MB No. 100008